# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 19-64769 | **Trustee Name:** | Jason L. Pettie |
| **Case Name:** | LIVING ROOM, INC | **Date Filed (f) or Converted (c):** | 09/17/2019 (f) |
| **For the Period Ending:** | 09/30/2022 | **§341(a) Meeting Date:** | 10/23/2019 |
| | | **Claims Bar Date:** | 04/16/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  National Bank of Commerce Business Checking 5940 | $58,000.00 | $58,000.00 | | $7,456.75 | FA |
| 2  National Bank Of Commerce Business Checking 9057 | $5,000.00 | $5,000.00 | | $7,468.27 | FA |
| 3  Breakroom: 4 Tables, 3 Set-Chairs South Program Office: 5 cubicles, 4 Desk Chairs, 1 File cabinet, 3 standard chairs North Program Office: 5 Desk, 6 Desk Chairs, 2 File cabinets, 1 Table Conference Room: 1 File Cabinet, 3 standard chairs, 11 Tables, 18 Set-Chairs Copy Room: 1 Book case Front Desk: 2 Desk Chairs, 3 File Cabinets, 4 standard chairs, 2 Credenza Waiting Area: 10 Desk Chairs North Hallway: 1 Table Office 105: 3 cubicles, 4 Desk, 2 Desk Chairs, 1 standard chair, 1 credenza, 1 book case Office 106: 15 File Cabinets Office 107: 3 Desk Office 108: 1 Desk, 1 Desk Chair, 4 standard chairs, 1 table, 1 credenza, 1 book case Office 109: 3 Desk, 3 Desk Chairs, 1 File cabinet, 2 Book case Office 112: 1 Desk, 1 Desk Chair, 3 standard chairs, 1 credenza, 1 book case Office 116: 4 Desk, 3 Desk Chairs, 4 standard chairs Office 117: 1 Desk, 1 Desk Chair, 5 File Cabinets, 2 standard chairs Office 118: 1 Desk, 1 Desk Chair, 3 standard chairs, 1 Book Case Office 119: 1 Desk, 1 Desk Chair, 1 c | $9,500.00 | $0.00 | OA | $0.00 | FA |
| 4  Break Room: 1 refrigerator, microwave, 2 coffee makers, 1 toaster $0.00 | $10,000.00 | $0.00 | OA | $0.00 | FA |
| 5  Conference Room: 1 picture Front Desk: 2 pictures North Hallway: 16 Pictures Office 105: 2 pictures Office 108: 1 picture Office 109: 3 pictures Office 112: 10 pictures Office 116: 3 pictures Office 118: 6 pictures Office 119: 6 pictures Omnibus Office: 4 pictures $0.00 | $12,200.00 | $0.00 | OA | $0.00 | FA |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 19-64769 | Trustee Name: | Jason L. Pettie |
| Case Name: | LIVING ROOM, INC | Date Filed (f) or Converted (c): | 09/17/2019 (f) |
| For the Period Ending: | 09/30/2022 | §341(a) Meeting Date: | 10/23/2019 |
| | | Claims Bar Date: | 04/16/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6 | Lobby Area: 1 Desk, 1 Desk Chair, 2 File Cabinets, 1 Table, 1 credenza, ED office: 1 Desk, 1 Desk Chair, 2 standard charis, 3 Table, 1 Set-chair, 2 credenza, 2 lamps 1 fan Communications Office: 1 Desk, 1 Desk Chair, 1 standard chair Omnibus Office: 1 Desk, 1 Desk Chair, 1 File Cabinet, 1 standard chair Development Office: 1 Desk, 1 Desk Chair, 1 standard chair Conference Room: 1 end table, 1 sofa table, 1 sofa, 13 folding chairs, 2 folding tables, 1 fan, 1 wall plaque Front Desk: 4 candle holders Offce 109: 1 clock, 1 wall art, 1 floor lamp, Office 111: 5 racks, 9 cases of alcohol $0.00 | $10,000.00 | $0.00 | OA | $0.00 | FA |
| 7 | Collier Heights: (11) Living Room Couches (10) Living Room Table Sets (4) Living Room Lamps (9) Kitchen Tables (33) Kitchen Chairs (21) Queen Bed Frames (4) Twin Bed Frames (22) Queen Mattresses (22) Queen Box spings (5) Twin Mattress (5) Twin Box Springs (12) Night stands (22) Bags of Clothes (1) Large Rug (2) desks $0.00 | $11,000.00 | $0.00 | OA | $0.00 | FA |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** 19-64769 | **Trustee Name:** Jason L. Pettie |
| **Case Name:** LIVING ROOM, INC | **Date Filed (f) or Converted (c):** 09/17/2019 (f) |
| **For the Period Ending:** 09/30/2022 | **§341(a) Meeting Date:** 10/23/2019 |
| | **Claims Bar Date:** 04/16/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 8   Apple iMac 2015, Apple iMac 2012, Apple iMac 27, Apple iMac 2011,Apple iPad A1474,(2) Apple iPhone Xs Max 64GB,Apple Macbook Air 2011,Apple Macbook Pro (A1708) BROTHER Scanner ADS-150W,BROTHER Printer HL-3045CN,BROTHER Printer MFC-L6700FDW (2) DELL Printer B3460DN, (2) PHILLIPS Television BDL3260EL CANON Printer BM2320 CANON Printer MG3620,CANON Printer MX492,(4) CANON Printer PIXMA MG3620,(2) CANON Printer PIXMA MX922 NIKON Camera D7500,(12) DELL Laptop Latitude 5480,(2) DELL Laptop Latitude 5490,(16) DELL Monitor E2414H ,(11) DELL Docking Station WD15,DELL CPU XPS 8930,DELL Monitor,(8) EPSON Scanner Workforce DS-30 Optiplex 7050 Tower, DELL CPU Optiplex 7050SFF, DELL CPU Optiplex 7060,(2)DELL CPU Inspiron 3250,DELL Monitor CN-0XPG0H-7445-486-A0YU,(2) DELL Monitor S2216H, DELL Monitor SE2417HG,MICROSOFT Tablet Surface Pro 1796,(15) DELL CPU Inspiron 3647,(20) DELL Monitor E2417H, ACCOLATE DUET Screen ADS-1500W,(20) SAMSUNG GALAXY S7 Cell Phone, SAMSUNG GALAXY S7 EDGE Cell Phone (2) HP | $20,000.00 | $0.00 | OA | $0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 19-64769 | | Trustee Name: | Jason L. Pettie |
| Case Name: | LIVING ROOM, INC | | Date Filed (f) or Converted (c): | 09/17/2019 (f) |
| For the Period Ending: | 09/30/2022 | | §341(a) Meeting Date: | 10/23/2019 |
| | | | Claims Bar Date: | 04/16/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 9 | DENON Speaker System ENVOI ASUS Notebook EATON PDU ePDU Basic 2A DIGITAL RESEARCH Monitor DRLCD15TV (2) INTERFIT Camera Light CANON Printer MX492 DELL Monitor E2417H ABT Camera Tripod MANFROTTO Camera Tripod Befree Live INDURO Camera Tripod AKB1/BH1 AMAZON Kindle P48WVB4 MICROSOFT Tablet 1824 SPECK Tablet AJMFX511 AUDIO-TECHNICA Headphones ATH-M2X INSIGNIA Microphone NS-PAUBMD8 (3) APPLE Macbook Pro Laptop CANON Printer MX922 SCOTCH TL906 Laminator HP Office Jet Pro 9025 Printer HP Laserjet Pro MFP M31W Printer CANON Printer Pixma MX492 CANON Printer Pixma MX532 $0.00 | $9,000.00 | $0.00 | OA | $0.00 | FA |
| 10 | potential avoidance action (ADP)                        (u) | $50,000.00 | $50,000.00 | | $41,102.62 | FA |
| 11 | misc. accounts receivable                               (u) | $1,000.00 | $1,000.00 | | $875.00 | FA |
| 12 | City of Atlanta Reimbursement Due                       (u) | $100,000.00 | $100,000.00 | | $0.00 | FA |
| | Asset Notes:    submitted reimbursement request for 102,000.00 on December 9, 2019 | | | | | |
| 13 | State of Georgia Reimbursement Due                      (u) | $60,000.00 | $60,000.00 | | $55,309.00 | FA |
| | Asset Notes:    submitted reimbursement request for 55,309.00 on October 29, 2019 | | | | | |

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Asset**

| | $355,700.00 | $274,000.00 | | $112,211.64 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

09/30/2022    Trustee employed an accountant and accountant is in the process finalizing the estate's tax returns, Trustee submitted TFR in October

09/10/2021    Trustee has followed up with lienholder regarding disbursement of funds; Trustee followed up regarding whether counsel could pursue claim against City of Atlanta.  If claim is not pursued, Trustee will plan disbursement with lienholder and close case.

09/30/2020    Trustee has collected on all receivables except for one with the City of Atlanta.  Reimbursement request was submitted, but City of Atlanta has a pending objection.  Trustee is also still investigating potentially avoidable transfers.

09/30/2019    Trustee has filed motion for turnover of funds from payroll processing firm.  Trustee is in the process of determining value of personal property and whether Trustee has any avoidance claims.

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 19-64769 | |
| **Case Name:** | LIVING ROOM, INC | |
| **For the Period Ending:** | 09/30/2022 | |

| | |
|---|---|
| **Trustee Name:** | Jason L. Pettie |
| **Date Filed (f) or Converted (c):** | 09/17/2019 (f) |
| **§341(a) Meeting Date:** | 10/23/2019 |
| **Claims Bar Date:** | 04/16/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/30/2020 | **Current Projected Date Of Final Report (TFR):** | 10/14/2022 |

/s/ JASON L. PETTIE

JASON L. PETTIE

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| Case No. | 19-64769 | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|
| Case Name: | LIVING ROOM, INC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6463 | | Checking Acct #: | ******4769 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2019 | (10) | Automatic Data Processing | payment from ADP for avoided transfer | 1241-000 | $41,102.62 | | $41,102.62 |
| 12/11/2019 | | Center State Bank | payment from closing bank account which included funds deposited from State reimbursement | * | $62,765.75 | | $103,868.37 |
| | {13} | | payment from closing bank account          $55,309.00 | 1221-000 | | | $103,868.37 |
| | {1} | | payment from closing bank account          $7,456.75 | 1129-000 | | | $103,868.37 |
| 12/11/2019 | (2) | Center State Bank | payment from closed bank account | 1129-000 | $7,468.27 | | $111,336.64 |
| 12/11/2019 | (11) | Equifax | payment from donations collected by Equifax | 1221-000 | $500.00 | | $111,836.64 |
| 12/11/2019 | (11) | Equifax | payment from donations collected by Equifax | 1221-000 | $375.00 | | $112,211.64 |
| 02/13/2020 | 3001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $91.38 | $112,120.26 |
| 04/03/2020 | 3002 | Celeste Anthony Johnson | payment approved by order entered 3/31/20 (DN 55) | 2990-000 | | $3,093.75 | $109,026.51 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.99 | $108,867.52 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.76 | $108,708.76 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.52 | $108,550.24 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.29 | $108,391.95 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.06 | $108,233.89 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $157.83 | $108,076.06 |
| 02/17/2021 | 3003 | International Sureties, Ltd | Bond Payment | 2300-000 | | $78.02 | $107,998.04 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $157.59 | $107,840.45 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $157.26 | $107,683.19 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $157.03 | $107,526.16 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $156.80 | $107,369.36 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $156.57 | $107,212.79 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $156.34 | $107,056.45 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $156.12 | $106,900.33 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $155.89 | $106,744.44 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $155.66 | $106,588.78 |

| | | | | **SUBTOTALS** | $112,211.64 | $5,622.86 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-64769 | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | LIVING ROOM, INC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6463 | Checking Acct #: | ******4769 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2021 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 09/30/2022 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $155.43 | $106,433.35 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $155.21 | $106,278.14 |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $154.98 | $106,123.16 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $154.75 | $105,968.41 |
| 03/10/2022 | 3004 | International Sureties, Ltd | Bond Payment | 2300-000 | | $62.60 | $105,905.81 |
| 03/24/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $105,905.81 | $0.00 |

|  | | | |
|---|---|---|---|
| **TOTALS:** | $112,211.64 | $112,211.64 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $105,905.81 | |
| **Subtotal** | $112,211.64 | $6,305.83 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $112,211.64 | $6,305.83 | |

**For the period of  10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $838.63 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $838.63 |
| Total Internal/Transfer  Disbursements: | $105,905.81 |

**For the entire history of the account between 10/24/2019  to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $112,211.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $112,211.64 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,305.83 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $6,305.83 |
| Total Internal/Transfer  Disbursements: | $105,905.81 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 19-64769 | |
| Case Name: | LIVING ROOM, INC | |
| Primary Taxpayer ID #: | **-***6463 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 10/01/2021 | |
| For Period Ending: | 09/30/2022 | |

| | |
|---|---|
| Trustee Name: | Jason L. Pettie |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0003 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $40,160,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $105,905.81 | | $105,905.81 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $152.33 | $105,753.48 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $157.19 | $105,596.29 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $151.88 | $105,444.41 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $156.73 | $105,287.68 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $156.49 | $105,131.19 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $151.22 | $104,979.97 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| TOTALS: | $105,905.81 | $925.84 | $104,979.97 |
| Less: Bank transfers/CDs | $105,905.81 | $0.00 | |
| Subtotal | $0.00 | $925.84 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $925.84 | |

**For the period of 10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $105,905.81 |
| | |
| Total Compensable Disbursements: | $925.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $925.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/24/2022 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $105,905.81 |
| | |
| Total Compensable Disbursements: | $925.84 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $925.84 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 19-64769 |
| **Case Name:** | LIVING ROOM, INC |
| **Primary Taxpayer ID #:** | **-***6463 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 10/01/2021 |
| **For Period Ending:** | 09/30/2022 |

| | |
|---|---|
| **Trustee Name:** | Jason L. Pettie |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0003 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $40,160,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $112,211.64 | $7,231.67 | $104,979.97 |

**For the period of  10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $105,905.81 |
| | |
| Total Compensable Disbursements: | $1,764.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1,764.47 |
| Total Internal/Transfer  Disbursements: | $105,905.81 |

**For the entire history of the account between 03/24/2022  to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $112,211.64 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $112,211.64 |
| Total Internal/Transfer Receipts: | $105,905.81 |
| | |
| Total Compensable Disbursements: | $7,231.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $7,231.67 |
| Total Internal/Transfer  Disbursements: | $105,905.81 |

/s/ JASON L. PETTIE

JASON L. PETTIE