UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | § | Case No. 19-64769-WLH |
|---|---|---|
| | § | |
| LIVING ROOM, INC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Jason L. Pettie, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $181,700.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $82,964.97 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $29,246.67 | | |

   3)   Total gross receipts of $112,211.64  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $112,211.64 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $1,035,249.91 | $1,035,249.91 | $82,964.97 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $46,164.27 | $29,246.67 | $29,246.67 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $229,834.28 | $229,834.28 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $448,583.16 | $448,583.16 | $0.00 |
| **Total Disbursements** | $0.00 | $1,767,035.48 | $1,750,117.88 | $112,211.64 |

4). This case was originally filed under chapter 7 on 09/17/2019. The case was pending for 42 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>03/06/2023</u>　　　　　　　　　By:　<u>/s/ Jason L. Pettie</u>
　　　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| National Bank of Commerce Business Checking 5940 | 1129-000 | $7,456.75 |
| National Bank Of Commerce Business Checking 9057 | 1129-000 | $7,468.27 |
| misc. accounts receivable | 1221-000 | $875.00 |
| State of Georgia Reimbursement Due | 1221-000 | $55,309.00 |
| potential avoidance action (ADP) | 1241-000 | $41,102.62 |
| **TOTAL GROSS RECEIPTS** | | **$112,211.64** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | CenterState Bank, N.A. | 4210-000 | $0.00 | $602,970.83 | $602,970.83 | $82,964.97 |
| 22 | City of Atlanta | 4220-000 | $0.00 | $432,279.08 | $432,279.08 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $1,035,249.91 | $1,035,249.91 | $82,964.97 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Claim Amount, Trustee | 2100-000 | NA | $8,860.58 | $3,680.00 | $3,680.00 |
| Claim Amount, Trustee | 2200-000 | NA | $135.00 | $135.00 | $135.00 |
| International Sureties, Ltd | 2300-000 | NA | $232.00 | $232.00 | $232.00 |
| Independent Bank | 2600-000 | NA | $2,980.08 | $2,980.08 | $2,980.08 |
| Pinnacle Bank | 2600-000 | NA | $925.84 | $925.84 | $925.84 |
| Celeste Anthony Johnson | 2990-000 | NA | $3,093.75 | $3,093.75 | $3,093.75 |
| Claim Amount, Accountant for Trustee | 3410-000 | NA | $29,752.50 | $18,015.48 | $18,015.48 |
| Claim Amount, Accountant for | 3420-000 | NA | $184.52 | $184.52 | $184.52 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| Trustee | | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $46,164.27 | $29,246.67 | $29,246.67 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Jerome Brooks | 5800-000 | $0.00 | $24,230.00 | $24,230.00 | $0.00 |
| 3 | Sean Brooks | 5300-000 | $0.00 | $652.67 | $652.67 | $0.00 |
| 4 | Kaiden Brooks | 5300-000 | $0.00 | $559.43 | $559.43 | $0.00 |
| 5 | Daniel D. Driffin | 5300-000 | $0.00 | $2,414.38 | $2,414.38 | $0.00 |
| 9 | Foco Properties LLC | 5200-000 | $0.00 | $127,201.61 | $127,201.61 | $0.00 |
| 10 | Rolisha Handy | 5400-000 | $0.00 | $1,500.00 | $1,500.00 | $0.00 |
| 16 | Kathryn Steven | 5300-000 | $0.00 | $1,690.85 | $1,690.85 | $0.00 |
| 17 | Gregory McKelvey | 5300-000 | $0.00 | $1,123.70 | $1,123.70 | $0.00 |
| 19 | Celeste Anthony-Johnson | 5300-000 | $0.00 | $3,300.00 | $3,300.00 | $0.00 |
| 23 | Houses of Unity ATL LLC | 5800-000 | $0.00 | $41,777.00 | $41,777.00 | $0.00 |
| 24 | Cloud for Good | 5300-000 | $0.00 | $9,664.00 | $9,664.00 | $0.00 |
| 28 | Marisa Kelley | 5400-000 | $0.00 | $1,557.63 | $1,557.63 | $0.00 |
| 29 | Internal Revenue Service | 5800-000 | $0.00 | $6,951.31 | $6,951.31 | $0.00 |
| 30 | Lakari Caldwell | 5300-000 | $0.00 | $2,500.00 | $2,500.00 | $0.00 |
| 31 | Patricia Bolds-Wynn | 5400-000 | $0.00 | $2,711.70 | $2,711.70 | $0.00 |
| 33 | Kellie Staten | 5300-000 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $229,834.28 | $229,834.28 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Intown Suites Management, Inc. | 7100-000 | $0.00 | $122,490.55 | $122,490.55 | $0.00 |
| 6 | CIT Bank NA | 7100-000 | $0.00 | $8,303.30 | $8,303.30 | $0.00 |
| 7a | 50 Hurt, LLC | 7100-000 | $0.00 | $68,603.01 | $68,603.01 | $0.00 |
| 8 | Cedrick Shipman | 7100-000 | $0.00 | $2,499.08 | $2,499.08 | $0.00 |
| 12 | Lakeshia Clements | 7100-000 | $0.00 | $1,470.00 | $1,470.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 13 | Puretouch Wellness Haven Inc. | 7100-000 | $0.00 | $7,365.00 | $7,365.00 | $0.00 |
|---|---|---|---|---|---|---|
| 14 | Infinisource Benefit Services | 7100-000 | $0.00 | $360.50 | $360.50 | $0.00 |
| 15 | Georgia Power Company | 7100-000 | $0.00 | $5,155.70 | $5,155.70 | $0.00 |
| 18 | Georgia Power Company | 7100-000 | $0.00 | $5,369.90 | $5,369.90 | $0.00 |
| 19a | Celeste Anthony-Johnson | 7100-000 | $0.00 | $30.00 | $30.00 | $0.00 |
| 20 | COMCAST | 7100-000 | $0.00 | $723.30 | $723.30 | $0.00 |
| 21 | Hazel Douglas | 7100-000 | $0.00 | $938.70 | $938.70 | $0.00 |
| 25 | Rebirth Housing, Inc | 7100-000 | $0.00 | $57,256.66 | $57,256.66 | $0.00 |
| 26 | GreatAmerica Financial Services Corporation | 7100-000 | $0.00 | $107,945.96 | $107,945.96 | $0.00 |
| 27 | Alvin Minnifield | 7100-000 | $0.00 | $1,717.28 | $1,717.28 | $0.00 |
| 29a | Internal Revenue Service | 7100-000 | $0.00 | $300.00 | $300.00 | $0.00 |
| 29b | INTERNAL REVENUE SERVICE | 7300-000 | $0.00 | $37,600.00 | $37,600.00 | $0.00 |
| 32 | Parks, Chesin and Walbert P.C. | 7100-000 | $0.00 | $20,454.22 | $20,454.22 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $448,583.16 | $448,583.16 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 19-64769-WLH | Trustee Name: | Jason L. Pettie |
| --- | --- | --- | --- |
| Case Name: | LIVING ROOM, INC | Date Filed (f) or Converted (c): | 09/17/2019 (f) |
| For the Period Ending: | 3/6/2023 | §341(a) Meeting Date: | 10/23/2019 |
| | | Claims Bar Date: | 04/16/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | National Bank of Commerce Business Checking 5940 | $58,000.00 | $58,000.00 | | $7,456.75 | FA |
| 2 | National Bank Of Commerce Business Checking 9057 | $5,000.00 | $5,000.00 | | $7,468.27 | FA |
| 3 | Breakroom: 4 Tables, 3 Set-Chairs South Program Office: 5 cubicles, 4 Desk Chairs, 1 File cabinet, 3 standard chairs North Program Office: 5 Desk, 6 Desk Chairs, 2 File cabinets, 1 Table Conference Room: 1 File Cabinet, 3 standard chairs, 11 Tables, 18 Set-Chairs Copy Room: 1 Book case Front Desk: 2 Desk Chairs, 3 File Cabinets, 4 standard chairs, 2 Credenza Waiting Area: 10 Desk Chairs North Hallway: 1 Table Office 105: 3 cubicles, 4 Desk, 2 Desk Chairs, 1 standard chair, 1 credenza, 1 book case Office 106: 15 File Cabinets Office 107: 3 Desk Office 108: 1 Desk, 1 Desk Chair, 4 standard chairs, 1 table, 1 credenza, 1 book case Office 109: 3 Desk, 3 Desk Chairs, 1 File cabinet, 2 Book case Office 112: 1 Desk, 1 Desk Chair, 3 standard chairs, 1 credenza, 1 book case Office 116: 4 Desk, 3 Desk Chairs, 4 standard chairs Office 117: 1 Desk, 1 Desk Chair, 5 File Cabinets, 2 standard chairs Office 118: 1 Desk, 1 Desk Chair, 3 standard chairs, 1 Book Case Office 119: 1 Desk, 1 Desk Chair, 1 c | $9,500.00 | $0.00 | OA | $0.00 | FA |
| 4 | Break Room: 1 refrigerator, microwave, 2 coffee makers, 1 toaster $0.00 | $10,000.00 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2      Exhibit 8

| Case No.: | 19-64769-WLH | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | LIVING ROOM, INC | Date Filed (f) or Converted (c): | 09/17/2019 (f) |
| For the Period Ending: | 3/6/2023 | §341(a) Meeting Date: | 10/23/2019 |
| | | Claims Bar Date: | 04/16/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5 | Conference Room: 1 picture Front Desk: 2 pictures North Hallway: 16 Pictures Office 105: 2 pictures Office 108: 1 picture Office 109: 3 pictures Office 112: 10 pictures Office 116: 3 pictures Office 118: 6 pictures Office 119: 6 pictures Omnibus Office: 4 pictures $0.00 | $12,200.00 | $0.00 | OA | $0.00 | FA |
| 6 | Lobby Area: 1 Desk, 1 Desk Chair, 2 File Cabinets, 1 Table, 1 credenza, ED office: 1 Desk, 1 Desk Chair, 2 standard charis, 3 Table, 1 Set-chair, 2 credenza, 2 lamps 1 fan Communications Office: 1 Desk, 1 Desk Chair, 1 standard chair Omnibus Office: 1 Desk, 1 Desk Chair, 1 File Cabinet, 1 standard chair Development Office: 1 Desk, 1 Desk Chair, 1 standard chair Conference Room: 1 end table, 1 sofa table, 1 sofa, 13 folding chairs, 2 folding tables, 1 fan, 1 wall plaque Front Desk: 4 candle holders Offce 109: 1 clock, 1 wall art, 1 floor lamp, Office 111: 5 racks, 9 cases of alcohol $0.00 | $10,000.00 | $0.00 | OA | $0.00 | FA |
| 7 | Collier Heights: (11) Living Room Couches (10) Living Room Table Sets (4) Living Room Lamps (9) Kitchen Tables (33) Kitchen Chairs (21) Queen Bed Frames (4) Twin Bed Frames (22) Queen Mattresses (22) Queen Box spings (5) Twin Mattress (5) Twin Box Springs (12) Night stands (22) Bags of Clothes (1) Large Rug (2) desks $0.00 | $11,000.00 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 19-64769-WLH | Trustee Name: | Jason L. Pettie |
| Case Name: | LIVING ROOM, INC | Date Filed (f) or Converted (c): | 09/17/2019 (f) |
| For the Period Ending: | 3/6/2023 | §341(a) Meeting Date: | 10/23/2019 |
| | | Claims Bar Date: | 04/16/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 8  Apple iMac 2015, Apple iMac 2012, Apple iMac 27, Apple iMac 2011,Apple iPad A1474,(2) Apple iPhone Xs Max 64GB,Apple Macbook Air 2011,Apple Macbook Pro (A1708) BROTHER Scanner ADS-150W,BROTHER Printer HL-3045CN,BROTHER Printer MFC-L6700FDW (2) DELL Printer B3460DN, (2) PHILLIPS Television BDL3260EL CANON Printer BM2320 CANON Printer MG3620,CANON Printer MX492,(4) CANON Printer PIXMA MG3620,(2) CANON Printer PIXMA MX922 NIKON Camera D7500,(12) DELL Laptop Latitude 5480,(2) DELL Laptop Latitude 5490,(16) DELL Monitor E2414H ,(11) DELL Docking Station WD15,DELL CPU XPS 8930,DELL Monitor,(8) EPSON Scanner Workforce DS-30 Optiplex 7050 Tower, DELL CPU Optiplex 7050SFF, DELL CPU Optiplex 7060,(2)DELL CPU Inspiron 3250,DELL Monitor CN-0XPG0H-7445-486-A0YU,(2) DELL Monitor S2216H, DELL Monitor SE2417HG,MICROSOFT Tablet Surface Pro 1796,(15) DELL CPU Inspiron 3647,(20) DELL Monitor E2417H, ACCOLATE DUET Screen ADS-1500W,(20) SAMSUNG GALAXY S7 Cell Phone, SAMSUNG GALAXY S7 EDGE Cell Phone (2) HP | $20,000.00 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4         Exhibit 8

| Case No.: | 19-64769-WLH | Trustee Name: | Jason L. Pettie |
| Case Name: | LIVING ROOM, INC | Date Filed (f) or Converted (c): | 09/17/2019 (f) |
| For the Period Ending: | 3/6/2023 | §341(a) Meeting Date: | 10/23/2019 |
| | | Claims Bar Date: | 04/16/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 9 | DENON Speaker System ENVOI ASUS Notebook EATON PDU ePDU Basic 2A DIGITAL RESEARCH Monitor DRLCD15TV (2) INTERFIT Camera Light CANON Printer MX492 DELL Monitor E2417H ABT Camera Tripod MANFROTTO Camera Tripod Befree Live INDURO Camera Tripod AKB1/BH1 AMAZON Kindle P48WVB4 MICROSOFT Tablet 1824 SPECK Tablet AJMFX511 AUDIO-TECHNICA Headphones ATH-M2X INSIGNIA Microphone NS-PAUBMD8 (3) APPLE Macbook Pro Laptop CANON Printer MX922 SCOTCH TL906 Laminator HP Office Jet Pro 9025 Printer HP Laserjet Pro MFP M31W Printer CANON Printer Pixma MX492 CANON Printer Pixma MX532 $0.00 | $9,000.00 | $0.00 | OA | $0.00 | FA |
| 10 | potential avoidance action (ADP)   (u) | $50,000.00 | $50,000.00 | | $41,102.62 | FA |
| 11 | misc. accounts receivable   (u) | $1,000.00 | $1,000.00 | | $875.00 | FA |
| 12 | City of Atlanta Reimbursement Due   (u) | $100,000.00 | $100,000.00 | | $0.00 | FA |
| **Asset Notes:** | submitted reimbursement request for 102,000.00 on December 9, 2019 | | | | | |
| 13 | State of Georgia Reimbursement Due   (u) | $60,000.00 | $60,000.00 | | $55,309.00 | FA |
| **Asset Notes:** | submitted reimbursement request for 55,309.00 on October 29, 2019 | | | | | |

**TOTALS (Excluding unknown value)**                                                                                        **Gross Value of Remaining Assets**

$355,700.00            $274,000.00                          $112,211.64            $0.00

**Major Activities affecting case closing:**

Trustee employed an accountant and accountant is in the process finalizing the estate's tax returns, Trustee submitted TFR in October

Trustee has followed up with lienholder regarding disbursement of funds; Trustee followed up regarding whether counsel could pursue claim against City of Atlanta.  If claim is not pursued, Trustee will plan disbursement with lienholder and close case.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 5    Exhibit 8

| Case No.: | 19-64769-WLH | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | LIVING ROOM, INC | Date Filed (f) or Converted (c): | 09/17/2019 (f) |
| For the Period Ending: | 3/6/2023 | §341(a) Meeting Date: | 10/23/2019 |
| | | Claims Bar Date: | 04/16/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Trustee has collected on all receivables except for one with the City of Atlanta.  Reimbursement request was submitted, but City of Atlanta has a pending objection.  Trustee is also still investigating potentially avoidable transfers.

Trustee has filed motion for turnover of funds from payroll processing firm.  Trustee is in the process of determining value of personal property and whether Trustee has any avoidance claims.

Initial Projected Date Of Final Report (TFR):   09/30/2020       Current Projected Date Of Final Report (TFR):   10/14/2022

/s/ JASON L. PETTIE
JASON L. PETTIE

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 19-64769-WLH | | Trustee Name: | Jason L. Pettie |
|---|---|---|---|---|
| Case Name: | LIVING ROOM, INC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6463 | | Checking Acct #: | ******4769 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 9/17/2019 | | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 3/6/2023 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/24/2019 | (10) | Automatic Data Processing | payment from ADP for avoided transfer | 1241-000 | $41,102.62 | | $41,102.62 |
| 12/11/2019 | | Center State Bank | payment from closing bank account which included funds deposited from State reimbursement | * | $62,765.75 | | $103,868.37 |
| | {13} | | payment from closing bank account            $55,309.00 | 1221-000 | | | $103,868.37 |
| | {1} | | payment from closing bank account            $7,456.75 | 1129-000 | | | $103,868.37 |
| 12/11/2019 | (2) | Center State Bank | payment from closed bank account | 1129-000 | $7,468.27 | | $111,336.64 |
| 12/11/2019 | (11) | Equifax | payment from donations collected by Equifax | 1221-000 | $500.00 | | $111,836.64 |
| 12/11/2019 | (11) | Equifax | payment from donations collected by Equifax | 1221-000 | $375.00 | | $112,211.64 |
| 02/13/2020 | 3001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $91.38 | $112,120.26 |
| 04/03/2020 | 3002 | Celeste Anthony Johnson | payment approved by order entered 3/31/20 (DN 55) | 2990-000 | | $3,093.75 | $109,026.51 |
| 08/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.99 | $108,867.52 |
| 09/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.76 | $108,708.76 |
| 10/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.52 | $108,550.24 |
| 11/30/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.29 | $108,391.95 |
| 12/31/2020 | | Independent Bank | Account Analysis Charge | 2600-000 | | $158.06 | $108,233.89 |
| 01/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $157.83 | $108,076.06 |
| 02/17/2021 | 3003 | International Sureties, Ltd | Bond Payment | 2300-000 | | $78.02 | $107,998.04 |
| 02/26/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $157.59 | $107,840.45 |
| 03/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $157.26 | $107,683.19 |
| 04/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $157.03 | $107,526.16 |
| 05/28/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $156.80 | $107,369.36 |
| 06/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $156.57 | $107,212.79 |
| 07/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $156.34 | $107,056.45 |
| 08/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $156.12 | $106,900.33 |
| 09/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $155.89 | $106,744.44 |
| 10/29/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $155.66 | $106,588.78 |
| 11/30/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $155.43 | $106,433.35 |
| 12/31/2021 | | Independent Bank | Account Analysis Charge | 2600-000 | | $155.21 | $106,278.14 |
| | | | SUBTOTALS | | $112,211.64 | $5,933.50 | |

Page No: 2

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 19-64769-WLH | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | LIVING ROOM, INC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***6463 | Checking Acct #: | ******4769 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 9/17/2019 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 3/6/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $154.98 | $106,123.16 |
| 02/28/2022 | | Independent Bank | Account Analysis Charge | 2600-000 | | $154.75 | $105,968.41 |
| 03/10/2022 | 3004 | International Sureties, Ltd | Bond Payment | 2300-000 | | $62.60 | $105,905.81 |
| 03/24/2022 | | Independent Bank | Transfer Funds | 9999-000 | | $105,905.81 | $0.00 |
| | | | TOTALS: | | $112,211.64 | $112,211.64 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $105,905.81 | |
| | | | Subtotal | | $112,211.64 | $6,305.83 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $112,211.64 | $6,305.83 | |

| For the period of 9/17/2019 to 3/6/2023 | | For the entire history of the account between 10/24/2019 to 3/6/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $112,211.64 | Total Compensable Receipts: | $112,211.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $112,211.64 | Total Comp/Non Comp Receipts: | $112,211.64 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $6,305.83 | Total Compensable Disbursements: | $6,305.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $6,305.83 | Total Comp/Non Comp Disbursements: | $6,305.83 |
| Total Internal/Transfer Disbursements: | $105,905.81 | Total Internal/Transfer Disbursements: | $105,905.81 |

**FORM 2**

Page No: 3

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 19-64769-WLH | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | LIVING ROOM, INC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6463 | Checking Acct #: | ******0003 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/17/2019 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 3/6/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/24/2022 | | Pinnacle Bank | Transfer Funds | 9999-000 | $105,905.81 | | $105,905.81 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $152.33 | $105,753.48 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $157.19 | $105,596.29 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $151.88 | $105,444.41 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $156.73 | $105,287.68 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $156.49 | $105,131.19 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $151.22 | $104,979.97 |
| 01/12/2023 | 5001 | Jason L. Pettie | Trustee Compensation Trustee Expenses | * | | $3,815.00 | $101,164.97 |
| | | | Claim Amount $(3,680.00) | 2100-000 | | | $101,164.97 |
| | | | Claim Amount $(135.00) | 2200-000 | | | $101,164.97 |
| 01/12/2023 | 5002 | Stonebridge Accounting & Forensics LLC | Claim #: ; Amount Claimed: 184.52; Amount Allowed: 184.52; Dividend: 0.17; Claim #: ; Amount Claimed: 29,752.50; Amount Allowed: 18,015.48; Dividend: 17.16; | * | | $18,200.00 | $82,964.97 |
| | | | Claim Amount $(184.52) | 3420-000 | | | $82,964.97 |
| | | | Claim Amount $(18,015.48) | 3410-000 | | | $82,964.97 |
| 01/12/2023 | 5003 | CenterState Bank, N.A. | Claim #: 11; Amount Claimed: 602,970.83; Amount Allowed: 602,970.83; Dividend: 79.02; | 4210-000 | | $82,964.97 | $0.00 |

| | SUBTOTALS | $105,905.81 | $105,905.81 |
|---|---|---|---|

Page No: 4                    Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 19-64769-WLH | Trustee Name: | Jason L. Pettie |
| --- | --- | --- | --- |
| Case Name: | LIVING ROOM, INC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6463 | Checking Acct #: | ******0003 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/17/2019 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 3/6/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $105,905.81 | $105,905.81 | $0.00 |
| | | | Less: Bank transfers/CDs | | $105,905.81 | $0.00 | |
| | | | Subtotal | | $0.00 | $105,905.81 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $105,905.81 | |

| For the period of 9/17/2019 to 3/6/2023 | | For the entire history of the account between 03/24/2022 to 3/6/2023 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $105,905.81 | Total Internal/Transfer Receipts: | $105,905.81 |
| | | | |
| Total Compensable Disbursements: | $105,905.81 | Total Compensable Disbursements: | $105,905.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $105,905.81 | Total Comp/Non Comp Disbursements: | $105,905.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 5

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 19-64769-WLH | Trustee Name: | Jason L. Pettie |
|---|---|---|---|
| Case Name: | LIVING ROOM, INC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***6463 | Checking Acct #: | ******0003 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/17/2019 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 3/6/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $112,211.64 | $112,211.64 | $0.00 |

| For the period of 9/17/2019 to 3/6/2023 | | For the entire history of the case between 09/17/2019 to 3/6/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $112,211.64 | Total Compensable Receipts: | $112,211.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $112,211.64 | Total Comp/Non Comp Receipts: | $112,211.64 |
| Total Internal/Transfer Receipts: | $105,905.81 | Total Internal/Transfer Receipts: | $105,905.81 |
| | | | |
| Total Compensable Disbursements: | $112,211.64 | Total Compensable Disbursements: | $112,211.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $112,211.64 | Total Comp/Non Comp Disbursements: | $112,211.64 |
| Total Internal/Transfer Disbursements: | $105,905.81 | Total Internal/Transfer Disbursements: | $105,905.81 |

/s/ JASON L. PETTIE

JASON L. PETTIE